AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| United States of America<br>v.<br><br>Virgil Tudorascu,<br><br>*Defendant(s)* | Case No. 4:24-mj-70523 MAG |

FILED
Apr 2 2024
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **April 2, 2024** in the county of **Alameda** in the **Northern** District of **California**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 1029(a)(2) | Use of Unauthorized Access Device<br><br>Max. Penalties<br>10 years prison<br>$250,000 fine<br>3 years of supervised release<br>$100 special assessment<br>forfeiture |

This criminal complaint is based on these facts:
See attached affidavit of USSS Special Agent Julia Ditoiu

☑ Continued on the attached sheet.

*/s/ Julia Ditoiu*
Complainant's signature

Julia Ditoiu, USSS
Printed name and title

Approved as to form */s/ Alexis James*
AUSA ALEXIS JAMES

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by phone.

Date: 04/02/2024

City and state: Oakland, CA

*Kandis Westmore*
Judge's signature

Hon. Kandis A. Westmore, U.S. Magistrate Judge
Printed name and title

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Julia Ditoiu, a Special Agent with the United States Secret Service ("USSS"), San Francisco Field Office in San Francisco, California, being duly sworn, depose and state as follows:

### PURPOSE OF AFFIDAVIT

1. This affidavit is made in support of an application under Rule 4 of the Federal Criminal Procedure for a criminal complaint and arrest warrant for Virgil Tudorascu ("TUDORASCU") for a violation of Title 18 United States Code Section 1029(a)(2), Use of Unauthorized Access Devices, on or about April 2, 2024, in the Northern District of California.

2. The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested criminal complaint and does not purport to set forth all of my knowledge of or investigation into this matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

### BACKGROUND OF AFFIANT

3. I have been employed as a Special Agent ("SA") with the United States Secret Service ("USSS") since January 2023. In this capacity, I am responsible for investigating violations of federal criminal laws relating to financial institution fraud, credit card fraud, bank fraud, cybercrimes, and identity theft.

4. I am a graduate of the Criminal Investigator Training Program conducted at the Federal Law Enforcement Training Center in Glynco, Georgia, as well as the USSS Special Agent Training Course in Beltsville, Maryland. I have received advanced training in financial and cybercrime investigations including the Basic Investigation of Computers and Electronic Crimes Program, Network Intrusion Training, and I have received continued education related to

the investigation and prosecution of cybercrimes. I have participated in multiple investigations in connection with fraud and cybercrimes.

5. I am empowered by law to conduct investigations, to execute search warrants, and to make arrests for violations of federal criminal law, including 18 U.S.C. § 1029, and other offenses relating to financial fraud.

## APPLICABLE STATUTES

6. Section 1029(a)(2) of Title 18 of the United States Code provides "[w]hoever, knowingly and with intent to defraud uses one or more unauthorized access devices during any one-year period, and such conduct obtains anything of value aggregating $1000 or more during that period, shall be . . . imprisoned not more than 10 years." Further, subsection (b)(1) provides "[w]hoever attempts to commit an offense under subsection (a) of this section shall be subject to the same penalties as those prescribed for the offense attempted."

## STATEMENT OF PROBABLE CAUSE

7. Based on my review of law enforcement reports, conversations with other law enforcement agents, and my own knowledge of the investigation, I am aware of the following:

### A. Summary of Probable Cause

8. Between January 2024 and March 2024, the California Department of Social Services has detected more than approximately $22.8 million in stolen funds from victim Electronic Benefit Transfer ("EBT") cards. Much of this fraud is from one specific program known as CalFresh, which helps low-income households purchase food and household items to meet their nutritional needs. Many of the fraudulent withdrawals are done at specific ATMs in the Northern District of California.

9. For example, between on or about January 1, 2024, and on or about January 2, 2024, more than approximately $77,535 was withdrawn from ATMs at a single financial institution branch located in San Leandro, California in Alameda County. The unauthorized withdrawals conducted during these two days and at this single bank branch affected approximately 88 victim EBT cardholders. The dates of these withdrawals coincided with the

disbursement by California Department of Social Services (hereinafter "DSS") of CalFresh benefits to EBT cardholders.

10. Law enforcement also reviewed ATM surveillance provided by financial institutions that administer EBT accounts that relate to the fraud scheme at issue. During the unauthorized ATM withdrawals, suspects can often be seen holding stacks of cards and conducting withdrawals in quick succession at one ATM.

11. On or about April 2, 2024, beginning at approximately 5:00am, law enforcement conducted physical surveillance at a U.S. Bank ATM terminal located at 1585 E. 14th Street, San Leandro, CA, which was identified by law enforcement as one of the top 30 ATM U.S. Bank and BMO Bank locations for CalFresh fraud in the San Francisco area. TUDORASCU arrived at the ATM terminal located at the US Bank branch where law enforcement was conducting surveillance. At the ATM, law enforcement observed, and U.S. Bank confirmed that, TUDORASCU conducted balance inquiries and withdrew cash from the ATM in rapid succession using approximately three different access devices. TUDORASCU retrieved approximately $2,260.00 in cash.

12. When arrested by law enforcement at the U.S. Bank ATM in San Leandro, CA, TUDORASCU presented a Polish identification card bearing the name Martin Kowalczyk. This identification card and name was later confirmed to be fictitious based upon positive identification of TUDORASCU by Romanian law enforcement and a previous arrest in or about February 2022 in Glendale, CA.

### B. Regulatory Background of CalFresh Program

13. The California Department of Social Services (DSS) is a government agency that administers several benefit and assistance programs for residents of the state of California. One of the assistance programs administered by DSS is called CalFresh (formerly known as food stamps), which helps low-income households purchase food and household items to meet their nutritional needs.

14. Residents of California that meet the criteria established by the CalFresh program can apply online for benefits at www.getcalfresh.org.

15. CalFresh benefits are issued through Electronic Benefit Transfer cards ("EBT cards"). EBT cards are mailed to an address designated by the account holder and function like traditional debit cards to conduct transactions. For example, you can use an EBT card to make a purchase at a grocery or convenient store by swiping the card at a point-of-sale terminal.

16. The EBT cards issued under this program are assigned specific Bank Identification Numbers ("BIN"). A BIN refers to the first five digits of the account number on a debit or credit card and can be used to identify the benefit program, like the CalFresh program, associated with the card.

17. Benefits received through the program are typically disbursed to EBT cardholders by DSS during the early days of each month. Those benefits are deposited directly from DSS into the account of the EBT cardholder. The CalFresh Program is for low-income individuals who meet certain federal income eligibility rules and want to add to their budget to purchase healthier food options. Beneficiaries apply for benefits by submitting their income and number of dependents to determine their benefit eligibility. Those benefits are distributed once a month, typically during the early days of each month.

18. The CalFresh Program allows EBT cardholders to conduct cash withdrawals at automated teller machines (ATMs) using a personal identification number (PIN) established by the card holder. The EBT cardholder presents the card at an ATM, inserts the card into the ATM card reader, and utilizes a PIN to withdraw the funds previously deposited by the CalFresh Program

### C. Background on CalFresh Fraud in California

19. A cloned card can be a blank white plastic card or another debit, credit or gift card that contains altered information on the card's magnetic stripe. Based on my training and experience, I know that suspects will often clone cards by taking stolen card information from a victim card's magnetic stripe and re-encode that stolen information onto another card's magnetic

stripe. Cloning these cards allows the suspect to use the card and the DSS benefits added on to the account linked to the card for illicit purchases or unauthorized cash withdrawals.

20. On a legitimate debit or credit card, the information coded on the card's magnetic stripe will match the information embossed on the front of the card. This information includes the account number, expiration date, and cardholder's name, among other information. Whereas on a cloned card, the information coded on the magnetic stripe will not match the information embossed on the front of the card. For example, if a suspect re-encodes victim EBT card information onto a pre-existing gift card's magnetic stripe or a blank white plastic card with a magnetic stripe, the magnetic stripe will be coded with the EBT card information, but the card itself will still bear the information of the gift card or bear no information if it is a blank white plastic card.

21. Based on my training, experience, and participation in this investigation, I know that the victim card data harvested to clone cards is often obtained from what is colloquially referred to as "skimming activity."

22. The term "skimming" is used to describe activity that involves unlawfully obtaining debit and credit card information by using technological devices to surreptitiously record victim accountholder's debit and credit card numbers and personal identification numbers at, for example, ATMs or point-of-sale terminals. For example, individuals conducting ATM "skimming" may install a skimming device into the card reader of the ATM to record the debit or credit card numbers, as well as a camera or keypad overlay on the ATM keypad to record the associated PIN number. Those individuals will then return to the ATM to collect the card number and PIN information stored on the installed device.

23. As described above, suspects then manufacture cloned and fraudulent debit or credit cards that bear the victim accountholder's account information that was obtained from skimming. Once that information is loaded onto another fraudulent card (e.g., a gift card or blank plastic card), members of the scheme then use that fraudulent card to withdraw cash from

the victim accountholder's bank accounts or to make purchases with the victim accountholder's account.

### D. Background of Current Operation to Combat CalFresh Fraud

24. Data provided by DSS, based in part upon reported fraud by victims, reported fraud to local law enforcement, bank records, and surveillance indicates that as of in or about January 2024, there has been approximately $1.4 million in stolen funds from victim EBT cards in the Northern District of California.

25. Between in or about January 2024 and in or about March 2024, in the Northern District of California and elsewhere, more than approximately $22.8 million has been stolen from victim EBT cards. The majority of these stolen funds have been obtained by unauthorized ATM withdrawals.

26. In early January 2024, more than approximately $9.6 million was stolen from victim EBT cards across California largely through unauthorized ATM withdrawals. Of the approximately $9.6 million stolen from victim EBT cards in the beginning of January 2024, more than approximately $458,844 was stolen, almost entirely through unauthorized ATM withdrawals, in Alameda County alone.

27. For example, in early January 2024, more than approximately $127,720 was withdrawn from ATMs at a single financial institution branch located in Berkeley, California in Alameda County. The unauthorized withdrawals conducted during these days and at this single bank branch affected approximately 53 victim EBT cardholders. The dates of these withdrawals coincided with the disbursement by DSS of CalFresh benefits to EBT cardholders.

28. Based upon my training and experience conducting access device fraud investigations, I know that suspects committing access device fraud schemes will often target particular BINs when harvesting stolen card information collected from skimming devices. Thus, suspects using skimming may target the BIN associated with CalFresh benefits. Moreover, based upon my training and experience, the sheer volume of unauthorized ATM withdrawals occurring during the early days of the month is further indicative that suspects

participating in the fraud scheme at issue are targeting EBT cards because benefits are typically disbursed to EBT cardholders during the early days of each month.

29. Law enforcement has also reviewed ATM surveillance provided by financial institutions that administer EBT accounts that relate to the fraud scheme at issue. During the unauthorized ATM withdrawals, suspects can often be seen holding stacks of cards and conducting withdrawals in quick succession at one ATM. Based upon my training and experience, I know that suspects perpetrating access device fraud schemes will often conduct unauthorized withdrawals using cloned cards in rapid succession at ATMs.

30. Based on my training and experience conducting access device fraud investigations, I know that suspects involved in access device fraud schemes will often present fictitious identification documents to law enforcement, as TUDORASCU did on or about April 2, 2024, in order to obscure their true identities from law enforcement.

31. Based upon the rapid succession of unauthorized ATM withdrawals being conducted, the fact that the cards being used to conduct the unauthorized cash withdrawals are nearly all cloned EBT cards, and the fact that nearly all of the unauthorized withdrawals are happening during the early days of the month, I believe that suspects participating in the fraud scheme at issue are ostensibly targeting EBT cards.

**E. TUDORASCU Committed CalFresh EBT Fraud Using Fraudulent Cards on April 2, 2024**

32. On or about April 2, 2024, law enforcement was conducting physical surveillance at a U.S. Bank ATM terminal located at 1585 E. 14th Street, San Leandro, CA which was identified by U.S. Bank as one of the top 30 U.S. Bank ATM locations in the San Francisco Area for CalFresh fraud. Based on the CalFresh fraud data, surveillance was conducted from approximately 5:00am to approximately 7:38am, which was the time law enforcement affected the arrest of TUDORASCU.

33. When TUDORASCU approached the U.S. Bank ATM, law enforcement observed TUDORASCU conduct multiple transactions which appeared to be, and were later confirmed by

U.S. Bank to be, EBT balance inquiries and withdrawals. Law enforcement observed TUDORASCU conduct multiple transactions in rapid succession with different cards for approximately four minutes. At the conclusion of at least three transactions, law enforcement observed TUDORASCU retrieve cash. TUDORASCU appeared to insert at least three different cards to conduct EBT balance inquiries and withdrawals, and put the retrieved currency in his wallet and/or pockets. Based upon my training and experience, individuals conducting legitimate transactions at ATMs typically conduct a single transaction and do not transition between multiple payment cards rapidly to conduct several transactions in a short period of time.

34. U.S. Bank surveillance footage showed TUDORASCU conduct approximately six different transactions with at least three different EBT cards, three balance inquiries and three cash withdrawals:

    a. The first cash withdrawal was for approximately $1,300.

    b. The second cash withdrawal was for approximately $660.

    c. The third cash withdrawal was for approximately $300.

35. Based on my training and experience conducting access device fraud investigations, including these operations specifically targeting EBT fraud, I know that suspects perpetrating this fraud will often conduct balance inquiries, so they know exactly how much funds are available for withdrawal.

36. Based on the date, time, ATM location, presence of multiple, and successive ATM withdrawals on multiple EBT cardholder accounts during a short time period, law enforcement detained TUDORASCU in order to investigate further.

37. TUDORASCU had approximately 31 cloned EBT cards on his person. The cloned cards consisted of a variety of re-encoded prepaid cards and gift cards, and nearly all of these cards had stickers affixed to the card bearing a four-digit number which, based on my training and experience, is ostensibly the victim cardholder's PIN and was used by TUDORASCU to affect the fraudulent transactions. On TUDORASCU's person, law enforcement found:

      a.    15 cloned cards in his left front pants pocket.

      b.    13 cloned cards in his wallet which he was holding

      c.    3 cloned cards in his hooded sweatshirt pocket

38. Law enforcement confirmed these were cloned EBT cards by reading the magnetic stripe and determined through United States Department of Agriculture Office of Inspector General that the cards belonged to other real individuals, not TUDORASCU. Moreover, the cloned cards also were affixed with stickers bearing victim PIN numbers that corresponded to each cloned card and were needed in order to conduct the unauthorized ATM withdrawals. On nearly all the affixed stickers to each cloned card, the letters "EBT" were also written. TUDORASCU was ostensibly targeting and had knowledge that the cloned cards contained EBT benefits based on "EBT" being written on nearly all the cloned cards.

39. TUDORASCU also had a total of approximately $3,114 in cash on his person. TUDORASCU had approximately $2,260 in his hooded sweatshirt pocket, which was the exact amount of total unauthorized ATM withdrawals. TUDORACU had an additional $854 in cash in his wallet which he was holding in his hands when arrested by law enforcement. U.S. Bank ATM surveillance photographs obtained by law enforcement also clearly depicted TUDORASCU at the ATM conducting the unauthorized withdrawals using cloned EBT cards and directly corroborated law enforcement's surveillance observations.

40. When asked to identify himself, TUDORASCU remained silent and would not speak to law enforcement. In TUDORASCU's wallet was an identification card from Poland bearing the name Martin Kowalczyk and birth date of November 30, 1980. The identification provided by TUDORASCU is pictured below:



41. This identification from Poland was later confirmed to be fictitious based on fingerprint identification of TUDORASCU by Immigration and Customs Enforcement ("ICE"), Romanian National Police, and a prior arrest of TUDORASCU by Glendale, CA Police Department for which TUDORASCU's fingerprints were on file.

42. ICE further confirmed that TUDORASCU had no lawful presence in the United States.

43. Based on my review of law enforcement database records, TUDORASCU has a previous arrest in the United States by Glendale, CA Police Department. This arrest occurred on or about February 9, 2022 and TUDORASCU was charged with felony conspiracy and possession of a fake access card under CA Penal Code.

44. Based on my training and experience, I know that criminals conducting access device fraud schemes will often conceal their true identities by obtaining fictitious IDs to entry the country illegally while evading law enforcement.

## CONCLUSION

45. Based on the aforementioned facts and information, there is probable cause to believe that on or about April 2, 2024, in the Northern District of California, TUDORASCU used an unauthorized access device in violation of violation of Title 18 United States Code Section 1029(a)(2).

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

/s/ Julia Ditoiu
Julia Ditoiu, Special Agent
United States Secret Service

Sworn to before me over the telephone and signed by me pursuant to Fed.R.Crim.P 4.1 and 4(d) on this 2 day of April 2024.

HON. KANDIS A. WESTMORE
United States Magistrate Judge